UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

N.A.,

                      Petitioner,

v.

CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center; et al.,

                      Respondents.

Case No.:  25cv3060-LL-KSC

**ORDER GRANTING PETITIONER'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS AS MOOT**

[ECF No. 5]

      On November 18, 2025, Petitioner filed a Motion to Dismiss the Petition for Writ of Habeas Corpus as Moot. ECF No. 5. For good cause shown, the Court **GRANTS** the Motion and **DISMISSES** the Petition as moot.

      **IT IS SO ORDERED**.

Dated:  November 20, 2025

_____

Honorable Linda Lopez
United States District Judge

1