

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Petitioner: N.A.

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.**   25-cv-3060-LL-KSC

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS the Motion and DISMISSES the Petition as moot.

**Date:**        11/20/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  B. Chandler

B. Chandler, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  25-cv-3060-LL-KSC

Respondents:
Christopher J. Larose, Senior Warden, Otay Mesa Detention Center; Patrick Divver, Field Office Director, San Diego Office of Detention and Removal, U.S. Immigration and Customs Enforcement; Todd M. Lyons, Acting Director, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security; Kristi Noem, Secretary, U.S. Department of Homeland Security